United States District Court
Southern District of Texas
**ENTERED**
July 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RUNNER'S CONVENIENCE STORE LLC, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 7:23-cv-00008 |
| § | |
| SCOTTSDALE INSURANCE COMPANY, § § § | |
| Defendant. | |

## ORDER

The Court now considers the parties' stipulation of dismissal with prejudice.[1] Because the stipulation is signed by both parties[2] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed this case and no further action by this Court is necessary.[3]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated, and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of July 2023.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 14.
[2] *Id.*
[3] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).